# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Steven E. Berkheimer

                      Plaintiff,

v.                                                     Case No.: 1:12−cv−09023
                                                          Honorable John Z. Lee

Hewlett−Packard Company

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2015:

      MINUTE entry before the Honorable John Z. Lee: The ten disputed claim terms and the order of steps are construed as set forth in the Memorandum Opinion and Order. [For further details see memorandum opinion and order.] Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.