**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **STEVEN E. BERKHEIMER,** | |
| Plaintiff | Civil Action No. 1:12-cv-09023 |
| v. | Hon. John Z. Lee |
| **HEWLETT-PACKARD COMPANY,** | Hon. Jeffrey T. Gilbert |
| Defendants. | |

**HEWLETT-PACKARD COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT UNDER 35 U.S.C. § 101</u>**

Defendant Hewlett-Packard Company, now known as HP Inc., ("HP"), by and through

the undersigned counsel, respectfully requests that this Court grant its Motion for Summary

Judgment under 35 U.S.C. § 101. The grounds for this motion are set forth in the brief in

support of HP's Motion for Summary Judgment, submitted herewith.[1]

---

[1] As required by Judge Lee's case management procedures for motion practice, before filing this motion HP's counsel conferred with Plaintiff's counsel. Plaintiff opposes this motion.

Dated:  April 1, 2016

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS, LLP**

/s/ *Jason C. White*
Jason C. White
Scott D. Sherwin
Nicholas A. Restauri
77 W. Wacker Drive, Suite 500
Chicago, IL 60601
Tel.: (312) 324-1000
Fax: (312) 324-1001
E-mail: jwhite@morganlewis.com
E-mail: ssherwin@morganlewis.com
E-mail: nicholas.restauri@morganlewis.com

David J. Levy (Admitted Pro Hac Vice)
Thomas R. Davis (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: (713) 890-5000 Telephone
Fax: (713)890-5001 Facsimile
E-mail: dlevy@morganlewis.com
E-mail: tdavis@morganlewis.com

*Attorneys for Defendant HP Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was served via CM/ECF on April 1, 2016 upon all counsel of record.

*/s/ Jason C. White*
Jason C. White
