IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN E. BERKHEIMER,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 1:12-cv-09023<br><br>Hon. John Z. Lee<br><br>Hon. Jeffrey T. Gilbert |

### DECLARATION OF NICHOLAS A. RESTAURI IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER 35 U.S.C. § 101

I, Nicholas A. Restauri, state as follows:

1. I am an attorney representing Defendant Hewlett-Packard Company, now known as HP Inc. ("HP"), in the above-styled litigation. My testimony in this declaration is based on personal knowledge, information, and belief relating to that litigation.

1. Exhibit A to the present Motion is a true and accurate copy of the "Expert Report of Dr. Dan Schonfeld Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,477,713" served by HP on Plaintiff Steven. E. Berkheimer ("Berkheimer") in this action.

2. Exhibit B to the present Motion is a true and accurate copy of a portion of the transcript of the September 26, 2014 deposition of Steven E. Berkheimer, except that highlighting has been added to the lines cited in the present Motion.

3. Exhibit C to the present Motion is a true and accurate copy of the "Expert Report of Andrew Pavlo Concerning Infringement of U.S. Patent 7,447,713" served by Berkheimer on HP in this action.

4. Exhibit D to the present Motion is a true and accurate copy of the "Expert Report of Peter Nelson Concerning Infringement of U.S. Patent 7,447,713" served by Berkheimer on HP in this action.

5. Exhibit E to the present Motion is a true and accurate copy of the "Expert Rebuttal Report of Peter Nelson Concerning Alleged Invalidity of U.S. Patent 7,447,713" served by Berkheimer on HP in this action.

6. Exhibit 1 to accompanying "Hewlett-Packard Company's Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment Under 35 U.S.C. § 101" is a true an accurate copy of the cover pleading for the Final Infringement Contentions Berkheimer served on HP.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge. I understand that any intentional false statements may subject me to fine and/or imprisonment under the laws of the State of Illinois, and the laws of the United States.

Executed this 1st day of April, 2016

_____
Nicholas A. Restauri

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on April 1, 2016 upon all counsel of record.

/s/ *Jason C. White*
Jason C. White