# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **STEVEN E. BERKHEIMER,** | |
| Plaintiff | Civil Action No. 1:12-cv-09023 |
| v. | Hon. John Z. Lee |
| **HEWLETT-PACKARD COMPANY,** | Hon. Jeffrey T. Gilbert |
| Defendants. | |

## HEWLETT-PACKARD COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Hewlett-Packard Company, now known as HP Inc., ("HP"), by and through the undersigned counsel, respectfully requests that this Court grant its Motion for Summary Judgment. The grounds for this motion are set forth in the brief in support of HP's Motion for Summary Judgment, submitted herewith.[1]

---

[1] As required by Judge Lee's case management procedures for motion practice, before filing this motion HP's counsel conferred with Plaintiff's counsel. Plaintiff opposes this motion.

Dated:  June 28, 2021                                     Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS, LLP**

/s/ *Jason C. White*
Jason C. White
Scott D. Sherwin
Nicholas A. Restauri
77 W. Wacker Drive, Suite 500
Chicago, IL 60601
Tel.: (312) 324-1000
Fax: (312) 324-1001
E-mail: jwhite@morganlewis.com
E-mail: ssherwin@morganlewis.com
E-mail: nicholas.restauri@morganlewis.com

David J. Levy (Admitted Pro Hac Vice)
Thomas R. Davis (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: (713) 890-5000 Telephone
Fax: (713)890-5001 Facsimile
E-mail: dlevy@morganlewis.com
E-mail: tdavis@morganlewis.com

*Attorneys for Defendant HP Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served via CM/ECF on June 28, 2021 upon all counsel of record.

*/s/ Jason C. White*
Jason C. White
