# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Steven E. Berkheimer,

Plaintiff(s),

v.

Hewlett-Packard Company,

Defendant(s).

Case No. 12-cv-9023
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Hewlett-Packard Company
and against plaintiff(s) Steven E. Berkheimer

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Lee on a motion for summary judgment .

Date: 3/29/2022

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk